Robert Christopher Nash T562438
Name and Prisoner/Booking Number

Towers Jail
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, Arizona 85009
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

X FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 29 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Robert Christopher Nash,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Former Sheriff Joe Arpaio,
(Full Name of Defendant)

(2) Maricopa County Sheriff's Office,

(3) Jail Commander, Vincent Camparano,

(4) _____,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-19-05055-PHX-DGC--CDB
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other:_____.

2. Institution/city where violation occurred: Towers Jail / Phoenix Arizona

## B. DEFENDANTS

1. Name of first Defendant: **Joe Arpaio**. The first Defendant is employed as: **Former Sheriff** at **Maricopa County Sheriffs Office**
   (Position and Title) (Institution)

2. Name of second Defendant: **Maricopa County Sheriffs office**. The second Defendant is employed as: **Towers Jail** at ~~Tower~~ **Towers Jail**
   (Position and Title) (Institution)

3. Name of third Defendant: **Vincent Companaro**. The third Defendant is employed as: **Jail Commander** at **Towers Jail**
   (Position and Title) (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____
   (Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

### D.  CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: 14th Amendment

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☒ Other: Health Problems

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Making and allowing to confine me in an institution knowing of fatal toxins that are detramental to personal safty of my life. (Asbestos and Black Mold)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Breathing problems, sore throat, burning eys, serious coughing spells, severe headaches, and I don't know what future problems I may have.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count I?   ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☐ Yes   ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I submitted my grievance and am going through the procedures. I've been here for 30 days continuing to the living conditions that are harmful to me known by the former sheriff Joe Arpaio, and the sheriffs office to this date.

3

## E. REQUEST FOR RELIEF

State the relief you are seeking: ~~my pain and~~ To be compensated for all my pain and suffering and to be for future health conditions

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 2, 2019
DATE

Robert C. Nash
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6

# MARICOPA COUNTY SHERIFF'S OFFICE

## INMATE LEGAL SERVICES

# <u>CERTIFICATION</u>

I hereby certify that on this date  _____8/23/2019_____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___ Hon _____ United States District Court, District of Arizona.

___ Hon _____ United States District Court, District of Arizona.

___ Attorney General, State of Arizona, _____

___ Judge _____ Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona _____

___ Public Defender, Maricopa County, State of Arizona _____

___ Attorney _____

___ Other _____

___ _____

___ _____

_____    B3846
Legal Support Specialist Signature    S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009